IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALBERTO RODRIGUEZ, | ) | Case №: 1:17-CV-01040-1-DAD; |
| | ) | CA #19-15396 |
| Petitioner-Appellant, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| SCOTT KERNAN, | ) | |
| | ) | |
| Respondent - Appellee. | ) | |

The above named Petitioner-Appellant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Verna Wefald to represent the above Petitioner-Appellant in this case effective *nunc pro tunc* to January 2, 2020.

. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **January 6, 2020**        /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

-1-